October 2, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00020-CV

**STORABLE, INC.; REDNOVA LABS, INC. (D/B/A STOREDGE); SITELINK SOFTWARE, LLC; EASY STORAGE SOLUTIONS, LLC; BADER CO.; AND PROPERTY FIRST GROUP, LP, Appellants**

V.

**SAFELEASE INSURANCE SERVICES, LLC, Appellee**

Today the Court heard appellants' motion to dismiss the appeal. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

Judgment Rendered October 2, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered Per Curiam.